UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In The Matter Of The Seizure Of | ) |
| | ) No. 4:23MJ9240 RHH |
| Twelve (12) ".Com" Domain Names, further described in Attachment A-1 | ) |

**O R D E R**

On motion of the United States of America, it is hereby ordered that 1) the redacted copy of the seizure warrant, application and affidavit shall be filed; 2) that the original seizure warrant, application and affidavit shall remain sealed; and 3) that the redacted copy of the affidavit, applications, and original seizure warrant shall be unsealed.

This Order is based upon the sealed motion of the government establishing that: (a) the government has a compelling interest in filing redacted copy of the document in question which outweighs the public's qualified First Amendment right of access to review those documents; and (b) no less restrictive alternative to filing redacted copy is appropriate or practical.

HONORABLE RODNEY H. HOLMES
United States Magistrate Judge

Dated: This 18th day of October, 2023.